**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1836**

———————

KENNETH O. CARTER,

Plaintiff - Appellant,

versus

STATE OF VIRGINIA, Government Employer Fault
Liable; LAWSUIT RECIPIENT AND REPRESENTATIVE
FOR STATE OF VIRGINIA GOVERNMENT, Attorney
General, Jerry W. Kilgore; GROUNDS FOR
DEFENDANT FAULT LIABLE IS EMPLOYEE MISUSE OF
LAW AUTHORITY CAUSE PLAINTIFF,

Defendants - Appellees.

———————

**No. 02-1839**

———————

KENNETH O. CARTER,

Plaintiff - Appellant,

versus

JACK GOLDBERG, a/k/a Jake Goldberg; LAWSUIT
RECIPIENT AND REPRESENTATIVE FOR STATE OF
VIRGINIA GOVERNMENT, ATTORNEY GENERAL, JERRY
W. KILGORE; GROUNDS FOR COMPENSATION
DEFENDANT'S MISUSE OF LAW AUTHORITY CAUSE
PLAINTIFF,

Defendants - Appellees.

Appeals from the United States District Court for the Eastern District of Virginia, at Newport News.  Robert G. Doumar, Senior District Judge.  (CA-02-18-4, CA-02-17)

Submitted:  September 19, 2002          Decided:  September 27, 2002

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Kenneth O. Carter, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kenneth O. Carter seeks to appeal the district court's orders denying relief on his 42 U.S.C. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeals on the reasoning of the district court. See Carter v. State of Virginia, No. CA-02-18-4 (E.D. Va. July 25, 2002); Carter v. Goldberg, No. CA-02-17 (E.D. Va. July 25, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3